# Exhibit "2"

(July 11, 2017 RCRA Notice)



Richard Montevideo
Direct Dial: (714) 662-4642
E-mail: rmontevideo@rutan.com

July 11, 2017

**VIA FEDEX**

Christian Darville, CEO U.S. Operations
Hi-Shear Corporation/Lisi Aerospace
2600 Skypark Drive
Torrance, CA 90509

> Re:   City of Torrance RCRA Notice of Intent to Commence Suit - 2600 Skypark Drive, Torrance, CA

Dear Mr. Darville:

This Notice is being sent on behalf of the City of Torrance ("City") and represents the City's Notice of Intent to commence a citizen suit pursuant to Title 42 U.S.C. § 6972(a)(1)(B) of the Resource Conservation and Recovery Act ("RCRA"), against Hi-Shear Corporation, d/b/a Lisi Aeropsace ("Hi-Shear"), the current tenant of approximately 14 acres of land at 2600 Skypark Drive (the "Site") in the vicinity of Zamperini Field ("Airport"). Hi-Shear has leased the subject Site from the City since approximately 1954.[1] The City's citizen suit may be pursued at any time after the expiration of ninety (90) days from the date of service of this Notice. This Notice is being provided to you in accordance with the notice requirements set forth under section 6972(b)(2)(A) of RCRA.

The City contends that Hi-Shear is a "person" that has contributed, and/or is contributing to the past and present handling, storage, treatment, transportation, or disposal of solid and/or hazardous wastes on and migrating from the Site, which waste materials have created an imminent and substantial endangerment on and in proximity of the Site, including, but not limited to, on additional property owned by the City downgradient of the Site.

The City asserts that Hi-Shear's past and current generation, handling, storage, treatment, transportation, and/or disposal activities, and those of other related parties, have caused and resulted in an imminent and substantial endangerment to health and the environment, specifically including causing contamination to soil, vapor and groundwater on and within the Site, and within

---

[1]   The original lease between the City and Hi-Shear covering portions of the Site was entered into by way of a lease dated November 19, 1954; other lease agreements were subsequently entered into covering other portions of the Property. These leases were amended several times over the years, culminating in the issuance of a new consolidated lease agreement dated July 27, 2004, and effective August 1, 2004, which lease agreement was then amended in 2014 (the 2004 Lease, as amended in 2014, is hereafter referred to as the "Lease."

611 Anton Blvd., Suite 1400, Costa Mesa, CA 92626
PO Box 1950, Costa Mesa, CA 92628-1950 | 714.641.5100 | Fax 714.547.9035
Orange County | Palo Alto | Greenwich | www.rutan.com

2523/062579-0117
11100108.3 a07/10/17



Christian Darville, CEO U.S. Operations
David L. Evans
July 11, 2017
Page 2

the groundwater migrating from said property and into other property and groundwater in the vicinity of the Airport, including other property owned by the City.

The abandoned solid and/or hazardous waste in, on, around, and migrating from the Site consists of various hazardous waste and substances, including, but not limited to, trichloroethylene (TCE) and other halogenated volatile organic compounds (HVOCs), along with various breakdown chemicals thereof, as well as potentially other hazardous waste and substances. Accordingly, Hi-Shear is a responsible party against whom the City intends to pursue its claims through a citizen suit under the provisions of RCRA, and potentially pursuant to other federal and California laws, including without limitation, the federal Comprehensive Environmental Response, Compensation and Liability Act ("CERCLA" – Title 42 U.S.C. § 9601 et. seq.) and the State common laws of nuisance, trespass, waste and others. Additionally, as set forth in the City's Notice of Default of Lease to Hi-Shear dated February 15, 2017, the City further intends to pursue its breach of Lease and related claims against Hi-Shear, as described in said Notice.

The City hereby demands that Hi-Shear abate the imminent and substantial endangerment, pollution condition and nuisance created by its past and/or present handling, storage, treatment, transportation and disposal practices, including, in particular, but not limited to, the solid and hazardous wastes on the Site and that have migrated from the Site into soil, soil vapor and/or groundwater to various other properties in the vicinity of the Site, and that it reimburse the City for all response costs and other costs, fees, damages and expenses incurred to date in connection therewith.

If you do not proceed to timely and diligently address the imminent and substantial endangerment conditions existing on and emanating from the Hi-Shear Site, including any such conditions existing on property owned by the City (inclusive of both the Site and offsite properties), the City will seek, under RCRA, an order of abatement and the reimbursement of its expenses incurred and to be incurred to address the imminent and substantial endangerment conditions, as well as the recovery of its attorney and expert fees and litigation costs in pursuing such relief. The City will also seek, pursuant to CERCLA and California law, the recovery of its response costs and other relief, including all of its costs, fees and damages incurred or that will be incurred to address the hazardous substances and conditions of pollution and nuisance caused by Hi-Shear, as well as damages for Hi-Shear's breaches of the Lease. .

Please accept this Notice on behalf of the City in accordance with Title 42 U.S.C. section 6972, and do not hesitate to contact the undersigned should you have any questions or need any additional information regarding these matters.



Christian Darville, CEO U.S. Operations
David L. Evans
July 11, 2017
Page 3

Thank you for your attention to this important matter.

Sincerely,

RUTAN & TUCKER, LLP

Richard Montevideo

RM/paj
cc:  Thomas P. Schmidt, Esq.
     David L. Evans, Esq.
     Mary Giordano, Assistant City Manager, City of Torrance
     Aram Chaparyan, Assistant to the City Manager, City of Torrance
     Patrick Q. Sullivan, Esq., Assistant City Attorney, City of Torrance
     Alan Fenstermacher, Esq.
     Attached Service List to Registered Mail Recipients



Christian Darville, CEO U.S. Operations
David L. Evans
July 11, 2017
Page 4

## SERVICE LIST OF COPIES FOR REGISTERED MAIL, RECEIPT REQUESTED

Scott Pruitt
Administrator
U.S. Environmental Protection Agency
1200 Pennsylvania Avenue, N.W.
1101A
Washington, DC 20460

Alexis Strauss, Acting Regional
Administrator
Region 9
U.S. Environmental Protection Agency
75 Hawthorne Street
San Francisco, CA 94105

Matt Rodriguez
Secretary
California Environmental Protection Agency
1001 I Street
Sacramento, CA 95814

Scott Smithline
Director
California Department of Resources
Recycling and Recovery
1001 I Street
Sacramento, CA 95814

Samuel Unger
Executive Officer
Los Angeles Regional Water Quality Control
Board
320 W. 4th Street, Suite 200
Los Angeles, CA 90013