NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Brian D. Langa (SBN 199522)
Tammy M.J. Hong (SBN 241660)
Demetriou, Del Guercio, Springer & Francis, LLP
915 Wilshire Blvd, Suite 2000
Los Angeles, CA 90017
Phone: (213) 624-8407

ATTORNEY(S) FOR: S.B.L. Auto, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

HI-SHEAR CORPORATION

Plaintiff(s),

v.

EFOC, INC. a Pennsylvania corporation, d/b/a ERIE PRESS SYSTEMS, et al.

Defendant(s)

CASE NUMBER:

2:17-CV-07732-DSF-JPR

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)**

TO:  THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for  S.B.L. AUTO, INC.
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| S.B.L. AUTO, INC. | Third Party Defendant |

February 7, 2018
Date

/s/ Brian D. Langa
Signature

BRIAN D. LANGA

Attorney of record for (or name of party appearing in pro per):

S.B.L. AUTO, INC.

## CERTIFICATE OF SERVICE

I certify and state that I am now and at all times herein mentioned was, a citizen of the United States, over the age of eighteen (18) years, a resident of the County of Los Angeles, and not a party of the within action or cause. My business address is 915 Wilshire Boulevard, Suite 2000, Los Angeles, California 90017-3496.

I hereby certify that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I further certify that on February 7, 2018, I caused to be served the copies of the attached:

## CERTIFICATION AND NOTICE OF INTERESTED PARTIES

on the parties in said action as follows:

☑ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be serve by mail or by any other means permitted by the court rules.

☑ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 7, 2018, at Los Angeles, California.

*/s/ Brenda Tavera*
Brenda Tavera