1  TIM A. GOETZ, BAR NO. 119749
   CATHRINE E. TAUSCHER, BAR NO. 259512
2  ATTORNEYS AT LAW
   2901 Airport Drive
   Torrance, CA 90505
3  (310) 539-0508 (phone)
   (310) 539-5198 (fax)

4  ATTORNEYS FOR THIRD-PARTY DEFENDANT,
   ROBINSON HELICOPTER COMPANY, INC.

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF TORRANCE,<br><br>    Plaintiff,<br><br>vs.<br><br>HI-SHEAR CORPORATION, a Delaware corporation, d/b/a LISI AEROSPACE,<br><br>    Defendant. | Case No.: 2:17-cv-07732-DSF-JPR<br><br>ASSIGNED FOR ALL PURPOSES TO: Hon. Dale S. Fischer- Courtroom 7D<br><br>**CORPORATE DISCLOSURE STATEMENT OF THIRD-PARTY DEFENDANT ROBINSON HELICOPTER COMPANY INC.** |
| HI-SHEAR CORPORATION,<br><br>    Counter-Claimant,<br><br>vs.<br><br>CITY OF TORRANCE<br><br>    Counter-Defendant, | Third-Party Complaint Filed: December 22, 2017 |
| HI-SHEAR CORPORATION,<br><br>    Third-Party Plaintiff,<br><br>vs.<br><br>EFOC, INC. et al.,<br><br>    Third-Party Defendants. | |

TIM A. GOETZ
ATTORNEY AT LAW
2901 AIRPORT DRIVE
TORRANCE, CA 90505
310-539-0508

1

1  Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Third-Party
2  Defendant Robinson Helicopter Company, Inc., states that it is a private,
3  nongovernmental corporation existing under the laws of the State of California,
4  that it has no parent corporation, and that no publicly held corporation owns ten
5  percent (10%) or more of its stock.

6

7  Dated: March 8, 2018            Respectfully submitted,

8                  /s/   Tim A. Goetz _____
   TIM A. GOETZ
9  CATHRINE E. TAUSCHER
   Attorney for Third-Party Defendant,
10 ROBINSON HELICOPTER COMPANY,
   INC.
11

12

13

14

15

16

17

18

19

20

TIM A. GOETZ
ATTORNEY AT LAW
2901 AIRPORT DRIVE
TORRANCE, CA 90505
310-539-0508

2

CORPORATE DISCLOSURE STATEMENT OF THIRD-PARTY DEFENDANT
ROBINSON HELICOPTER COMPANY, INC.

# CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California; I am over the age of 18 and not a party to the within action; my business address is 2901 Airport Drive, Torrance, CA 90505.

On March 8, 2018, I electronically filed the following document(s) using the CM/ECF system.

**CORPORATE DISCLOSURE STATEMENT OF THIRD-PARTY DEFENDANT ROBINSON HELICOPTER COMPANY, INC.**

All participants in the case are registered CM/ECF users and will be served electronically by the CM/ECF system.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. I declare under penalty of perjury that the above is true and correct.

Executed on March 8, 2018 at Torrance, California.

                                            /s/ Dayna M. Troy
                                              Dayna Troy

TIM A. GOETZ
ATTORNEY AT LAW
2901 AIRPORT DRIVE
TORRANCE, CA 90505
310-539-0508

3

CORPORATE DISCLOSURE STATEMENT OF THIRD-PARTY DEFENDANT
ROBINSON HELICOPTER COMPANY, INC.