**Attorney or Party without Attorney:**
David L. Evans, Esq., Bar #155634
Hamrick & Evans, LLP
2600 West Olive Ave, Suite 1020
Burbank, CA 91505
Telephone No: 818-763-5292    FAX No: 818-763-2308
Ref. No. or File No.:

**Attorney for:** Defendant

**Insert name of Court, and Judicial District and Branch Court:**
United States District Court Central District Of California

**Plaintiff:** City of Torrance
**Defendant:** Hi- Shear Corporation, et al.

**For Court Use Only**

# PROOF OF SERVICE

| Hearing Date: | Time: | Dept/Div: | Case Number: |
|---|---|---|---|
|  |  |  | 217CV07732DSFJPR |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons In a Civil Action Third Amended Third- Party Complaint; Third Amended Third- Party Complaint; Correspondence; Policy Evidence; Judge Fisher's Standing Order

3. a. Party served: The estate of Martin Giltsch Jr., Pursuant to Cal. Probate Code 550 et seq., c/o Travelers Casualty and Surety Company
   b. Person served: Becky DeGeorge, Person Authorized to Accept

4. Address where the party was served:
   CSC Lawyers
   2710 Gateway Oaks Dr, Suite 150 N
   Sacramento, CA 95833

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu., Jun. 06, 2019 (2) at: 3:45PM

7. **Person Who Served Papers:**
   a. John M. Adams
   
   1500 W. El Camino Avenue, #510
   Sacramento, CA 95833
   855-5VALPRO, Fax (866) 900-4665
   Valpro
   www.ValproAttorneyServices.com

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. **The Fee** for Service was:
   e. I am: (3) registered California process server
      (i) Independent Contractor
      (ii) Registration No.: 2014-45
      (iii) County: Sacramento

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: Thu, Jun. 06, 2019

   Judicial Council Form
   Rule 2.150.(a)&(b) Rev January 1, 2007

   PROOF OF SERVICE

   (John M. Adams)

   hamrick.22672