# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF TORRANCE,<br><br>        Plaintiff,<br><br>v.<br><br>HI-SHEAR CORPORATION, a Delaware corporation, d/b/a/ LISI AEROSPACE,<br><br>        Defendant.<br><br>AND RELATED COUNTER CLAIMS AND THIRD-PARTY COMPLAINTS | Case No.:  2:17-cv-07732-DSF-JPR<br><br>**(PROPOSED) ORDER ENTERING JOINT STIPULATION TO EXTEND TIME TO RESPOND TO THIRD AMENDED THIRD PARTY COMPLAINT**<br><br>**The Honorable District Judge Dale S. Fischer** |

1      Based on the stipulation, dated June 21, 2019 (the "Stipulation"), entered into between Defendant, Counter-Claimant, and Third-Party Plaintiff HI-SHEAR CORPORATION ("Hi-Shear") and Third-Party Defendants Virgil C. Johnson and James R. Strutzel dba Johnson & Struzel, dba Mayflower Trailer; Johnson & Strutzel, Co.; and Coast Trailer Manufacturing, Co. ("Coast Trailer") to extend time for Coast Trailer to respond to Hi-Shear's Third Amended Third-Party Complaint, and good cause appearing therefor,

    IT IS HEREBY ORDERED that:

    Third-Party Defendants Coast Trailer shall have up to and including August 9, 2019, to answer, move against, or otherwise respond to Hi-Shear's Third Amended Third-Party Complaint.

Dated:  June ____, 2019       By: _____
                                                                HONORABLE DALE S. FISCHER
                                                                United States District Court Judge