# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF TORRANCE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>HI-SHEAR CORPORATION, a Delaware corporation, d/b/a/ LISI AEROSPACE,<br><br>　　　　Defendant.<br><br>AND RELATED COUNTER CLAIMS AND THIRD-PARTY COMPLAINTS | Case No.: 2:17-cv-07732-DSF-JPR<br><br>**ORDER ENTERING JOINT STIPULATION TO EXTEND TIME TO RESPOND TO THIRD AMENDED THIRD PARTY COMPLAINT**<br><br>**The Honorable District Judge Dale S. Fischer** |

1  Based on the stipulation, dated June 21, 2019 (the "Stipulation"), entered
2  into between Defendant, Counter-Claimant, and Third-Party Plaintiff HI-
3  SHEAR CORPORATION ("Hi-Shear") and Third-Party Defendants Virgil C.
4  Johnson and James R. Strutzel dba Johnson & Struzel, dba Mayflower Trailer;
5  Johnson & Strutzel, Co.; and Coast Trailer Manufacturing, Co. ("Coast
6  Trailer") to extend time for Coast Trailer to respond to Hi-Shear's Third
7  Amended Third-Party Complaint, and good cause appearing therefor,

IT IS HEREBY ORDERED that:

Third-Party Defendants Coast Trailer shall have up to and including August 9, 2019, to answer, move against, or otherwise respond to Hi-Shear's Third Amended Third-Party Complaint.

IT IS SO ORDERED.

DATED: June 25, 2019

*/s/ Dale S. Fischer*
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE

1.