# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF TORRANCE<br><br>                         Plaintiff,<br><br>   v.<br><br>HI-SHEAR CORPORATION, a Delaware corporation,<br>d/b/a LISI AEROSPACE,<br><br>                         Defendant. | Case No. 2:17-cv-07732-DSF-JPR<br><br>**ORDER ENTERING JOINT STIPULATION TO EXTEND TIME FOR THIRD-PARTY DEFENDANT BRITTAIN INDUSTRIES, INC. TO RESPOND TO THIRD AMENDED THIRD-PARTY COMPLAINT**<br><br><br>**The Honorable Dale S. Fischer**<br>**United States District Judge** |
| HI-SHEAR CORPORATION,<br><br>             Counter-Claimant,<br><br>   v.<br><br>CITY OF TORRANCE,<br><br>            Counter-Defendant. | |
| HI-SHEAR CORPORATION,<br><br>          Third-Party Plaintiff,<br><br>   v.<br><br>EFOC, INC., etc., et al.<br><br>         Third-Party Defendants. | |

///

Based on the stipulation, dated June 26, 2019 (the "Stipulation"), entered into between Defendant/Counter-Claimant/Third-Party Plaintiff HI-SHEAR CORPORATION ("Hi-Shear") and Travelers Casualty and Surety Company, specially appearing on behalf of allegedly dissolved entity Third-Party Defendant BRITTAIN INDUSTRIES, INC. ("Brittain"), a purported insured, to extend time for Brittain to respond to Hi-Shear's Third Amended Third-Party Complaint, and for good cause appearing therefor,

IT IS HEREBY ORDERED that:

Third-Party Defendant BRITTAIN INDUSTRIES, INC. shall have up to and including August 12, 2019, to answer, move against, or otherwise respond to Hi-Shear's Third Amended Third-Party Complaint.

IT IS SO ORDERED.

DATED: June 27, 2019

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE