# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF TORRANCE<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>HI-SHEAR CORPORATION, a Delaware corporation,<br>d/b/a LISI AEROSPACE,<br><br>　　　　　　　　　Defendant. | Case No. 2:17-cv-07732-DSF-JPR<br><br>**ORDER ENTERING JOINT STIPULATION TO EXTEND TIME FOR THIRD-PARTY DEFENDANTS "ESTATE OF MARTIN GILTSCH JR. d/b/a GILTSCH MANUFACTURING CO."; "EXECUTOR, ADMINSTRATOT, OR TRUSTEE OF THE ESTATE OF EXECUTOR, ESTATE OF MARTIN GILTSCH JR. d/b/a GILTSCH MANUFACTURING CO."; and GILTSCH MANUFACTURING CO.; TO RESPOND TO THIRD AMENDED THIRD-PARTY COMPLAINT** |
| HI-SHEAR CORPORATION,<br><br>　　　　　　　Counter-Claimant,<br><br>　v.<br><br>CITY OF TORRANCE,<br><br>　　　　　　　Counter-Defendant. | |
| HI-SHEAR CORPORATION,<br><br>　　　　　　　Third-Party Plaintiff,<br><br>　v.<br><br>EFOC, INC., etc., et al.<br><br>　　　　　　　Third-Party Defendants. | **The Honorable Dale S. Fischer**<br>**United States District Judge** |

///

1  Based on the stipulation, dated June 26, 2019 (the "Stipulation"), entered into between Defendant/Counter-Claimant/Third-Party Plaintiff HI-SHEAR CORPORATION ("Hi-Shear") and Travelers Casualty and Surety Company, specially appearing as purported insurer of and on behalf of allegedly dissolved entities Third-Party Defendants : "the estate of MARTIN GILTSCH JR. d/b/a GILTSCH MANUFACTURING CO."; "the executor, administrator, or trustee of the estate of MARTIN GILTSCH JR. d/b/a GILTSCH MANUFACTURING CO."; and GILTSCH MANUFACTURING CO., (collectively, the "Giltsch Entities"), purported insureds, to extend time for each of the Giltsch Entities to respond to Hi-Shear's Third Amended Third-Party Complaint, and for good cause appearing therefor,

IT IS HEREBY ORDERED that:

Third-Party Defendants : "the estate of MARTIN GILTSCH JR. d/b/a GILTSCH MANUFACTURING CO.," "the executor, administrator, or trustee of the estate of MARTIN GILTSCH JR. d/b/a GILTSCH MANUFACTURING CO.," and GILTSCH MANUFACTURING CO. shall each have up to and including August 12, 2019, to answer, move against, or otherwise respond to Hi-Shear's Third Amended Third-Party Complaint.

IT IS SO ORDERED.

DATED: June 27, 2019

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE