```
1  NOSSAMAN LLP
2  BYRON P. GEE (SBN 190919)
   bgee@nossaman.com
3  777 S. Figueroa Street, 34th Floor
   Los Angeles, California 90017-1602
4  Telephone: (213) 612-7800
5  Facsimile: (213) 612-7801

6  Attorneys for Third-Party Defendant
7  EFCO, INC. d/b/a ERIE PRESS SYSTEMS
```

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF TORRANCE,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>HI-SHEAR CORPORATION, a Delaware corporation, d/b/a LISI AEROSPACE,<br><br>　　　　　Defendant(s) | Case No.: 2:17-cv-07732 DSF (JPR)<br><br>ASSIGNED FOR ALL PURPOSES TO:<br>Hon. Dale S. Fischer - Courtroom 7D<br><br>**THIRD-PARTY DEFENDANT EFCO, INC. d/b/a ERIE PRESS SYSTEMS' SUPPLEMENTAL RULE 7.1 DISCLOSURE STATEMENT** |
| HI-SHEAR CORPORATION,<br><br>　　　　　Counter-Claimant,<br><br>　vs.<br><br>CITY OF TORRANCE,<br><br>　　　　　Counter-Defendant. | Complaint Filed: October 23, 2017<br><br>3d Party Complaint<br>　Filed: December 22, 2017<br><br>First Amended Third Party Complaint<br>　Filed: August 13, 2018<br><br>Second Amended Third Party Complaint<br>　Filed: October 22, 2018 |
| HI-SHEAR CORPORATION,<br><br>　　　　　Third-Party Plaintiff,<br><br>　vs.<br><br>EFCO, INC. d/b/a ERIE PRESS SYSTEMS<br><br>　　　　　Third-Party Defendant. | Third Amended Third Party Complaint<br>　Filed: January 4, 2019<br><br>Scheduled Conference:<br>　September 23, 2019<br><br>Trial Date: None Set |

Third-Party Defendant EFCO, Inc. d/b/a Erie Press Systems hereby supplements its Rule 7.1 Disclosure Statement as follows:

1. EFCO, Inc. is now a wholly owned subsidiary of Park-Ohio Holdings Corp., a publicly held corporation organized and existing under the laws of the State of Ohio with its corporate offices and principal place of business at 6065 Parkland Boulevard, Cleveland, Ohio 44124.

DATE: July 10, 2019          NOSSAMAN LLP

By    /s/ Byron P. Gee
      Byron P. Gee
Attorneys for Third-Party Defendant
EFCO, Inc. d/b/a Erie Press Systems

# CERTIFICATE OF SERVICE

I certify and state that I am now and at all times herein mentioned was, a citizen of the United States, over the age of eighteen (18) years, a residents of the County of Los Angeles, and not a party of the within action or cause. My business address is 777 South Figueroa Street, 34th Floor, Los Angeles, California 90017-1602.

I hereby certify that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I further certify that on July 10, 2019, I caused to be served the copies of the attached:

**THIRD-PARTY DEFENDANT EFCO, INC. d/b/a ERIE PRESS SYSTEMS' SUPPLEMENTAL RULE 7.1 DISCLOSURE STATEMENT**

on the parties in said action as follows:

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by any other means permitted by the court rules.

☒ **FEDERAL:** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 10, 2019 at Los Angeles, California.

/s/ Mina Munoz
Mina Munoz