# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF TORRANCE,<br><br>              Plaintiff,<br><br>vs.<br><br>HI-SHEAR CORPORATION, a Delaware corporation, d/b/a LISI AEROSPACE, *et al.*<br><br>              Defendants.<br><br>AND RELATED COUNTERCLAIMS, THIRD-PARTY CLAIMS AND CROSSCLAIMS | Case No.: 2:17-cv-07732-FWS-JPR<br><br>*[Hon. Fred W. Slaughter, Crtm. 10D]*<br><br>**FINAL JUDGMENT PURSUANT TO RULE 54(b) AS TO ESTERLINE TECHNOLOGIES CORPORATION**<br><br>Complaint Filed:  10/23/2017<br>FAC Filed:            05/06/2022<br>Trial Date:            07/29/2025 |

///

///

///

1  The court having **GRANTED** the Motion of Esterline Technologies
2  Corporation for Approval of Settlement and Entry of Bar Order (Dkt. 696), as set
3  forth in court's May 22, 2024, Order Granting Defendant Esterline Technologies
4  Corporation's Motion for Approval of Settlement and Entry of Bar Order, (Dkt.
5  815) ("May 22, 2024, Order"), and as clarified pursuant to court's June 12, 2024,
6  Clarifying Order, (Dkt. 831), the files and records of the case, and the court having
7  determinate that there is no just reason for delay, the May 22, 2024, Order, as
8  clarified, is entered as a final and appealable judgment as to Esterline Technologies
9  Corporation, pursuant to Federal Rule of Civil Procedure 54(b).

**IT IS SO ORDERED**.

Dated: June 20, 2024

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE