**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CITY OF TORRANCE,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>HI-SHEAR CORPORATION, a Delaware corporation, d/b/a LISI AEROSPACE; MAGELLAN AEROSPACE, MIDDLETOWN, INC., an Ohio corporation; ROBINSON HELICOPTER COMPANY, INC., a California corporation; and ESTERLINE TECHNOLOGIES CORPORATION, a Delaware corporation,<br><br>　　　　　Defendants.<br>AND RELATED COUNTERCLAIMS, CROSS-CLAIMS AND THIRD-PARTY COMPLAINTS. | Case No.: 2:17-cv-07732-FWS-JPR<br><br>(Case assigned to Hon. Fred W. Slaughter)<br><br>**[PROPOSED] ORDER GRANTING HI-SHEAR CORPORATION'S MOTION TO MODIFY THE SCHEDULING ORDER**<br><br>*[Filed concurrently with Motion to Modify the Scheduling Order, Declaration of Jeff Poole, Declaration of Steven Van der Hoven, and Declaration of David C. Chamberlain]*<br><br>Hearing Date:　August 29, 2024<br>Time:　　　　　10:00 a.m.<br>Dept.:　　　　　Courtroom 10D<br><br>Complaint Filed:　October 23, 2017<br><br>Trial Date:　　July 29, 2025 |

　　　The Court, having considered Hi-Shear's Motion to Modify the Court's current scheduling order pursuant to Federal Rule of Civil Procedure 16 (the "Motion"), any opposition papers, reply papers, and oral argument, and with good cause appearing, hereby **GRANTS** Hi-Shear's Motion and **ORDERS** that:

　　　1.　　The Court's Pre-Trial and Trial deadlines set forth in is January 2, 2024

-1-
[PROPOSED] ORDER GRANTING HI-SHEAR CORPORATION'S MOTION TO MODIFY THE SCHEDULING ORDER

Scheduling Order (Dkt. # 731) is modified as follows:

| Description: | Previous Dates | New Dates |
|---|---|---|
| Last Date to Hear Motion to Amend Pleadings/Add Parties **[Thursday]** | 5/9/2024 | **No Change** |
| Non-Expert Discovery Cut-Off (**no later than deadline for filing dispositive motions**) | 7/1/2024 | **9/30/2024 – for Hi-Shear to complete discovery re: Plaintiff's punitive damages claim**<br><br>**12/27/2024 – for discovery procedures needed to conduct technical investigations** |
| Expert Disclosures (Initial) | 9/9/2024 | **3/10/2025** |
| Expert Disclosures (Rebuttal) | 10/21/2024 | **4/21/2025** |
| Deadline to Complete Settlement Conference/Private Mediation [L.R. 16-15] | 12/31/2024 | **No Change** |
| Expert Discovery Cut-Off | 1/31/2025 | **7/29/2025** |
| **Last Date to Hear Motions [Thursday]**<br>• Motion for Summary Judgment due at least 6 weeks before hearing<br>• All other motions due at least 4 weeks before hearing<br>Opposition due 2 weeks after Motion is filed<br>• Reply due 1 week after Opposition is filed | 3/6/2025 | **6/18/2026** |
| **Trial Filings (first round)**<br>   • Motions in Limine with Proposed Orders<br>   • Memoranda of Contentions of Fact and Law [L.R. 16-4]<br>   • Witness Lists [L.R. 16-5]<br>   • Joint Exhibit List [L.R. 16-6.1] | 4/14/2025 | **7/24/2026** |

| Description: | Previous Dates | New Dates |
|---|---|---|
| • Joint Status Report Regarding Settlement<br>• Proposed Findings of Fact and Conclusions of Law [L.R. 52] (bench trial only)<br>• Direct Testimony Declarations, if ordered (bench trial only) | | |
| **Trial Filings (second round)**<br>• Oppositions to Limine Motions<br>• Joint Proposed Final Pretrial Conference Order [L.R. 16-7]<br>• Joint/Agreed Proposed Jury Instructions (jury trial only)<br>• Disputed Proposed Jury Instructions (jury trial only)<br>• Joint Proposed Verdict Forms (jury trial only)<br>• Joint Proposed Statement of the Case (jury trial only)<br>• Proposed Additional Voir Dire Questions, if any (jury trial only)<br>• Evidentiary Objections to Declarations of Direct Testimony (bench trial only) | 5/23/2025 | **8/28/2026** |
| Final Pretrial Conference & Hearing on Motions in Limine **[Thursday at 8:30 a.m., at least 12 days before trial]** | 6/19/2025 | **9/24/2026** |
| Trial (30 days) | 7/15/2025 (Tuesday) | **10/13/2026** |

**IT IS SO ORDERED.**

Dated: _____          _____
                                                            FRED W. SLAUGHTER
                                                            United States District Court Judge