# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF TORRANCE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HI-SHEAR CORPORATION, a Delaware corporation, d/b/a LISI AEROSPACE; MAGELLAN AEROSPACE, MIDDLETOWN, INC., an Ohio corporation; and ROBINSON HELICOPTER COMPANY, INC., a California Corporation,<br><br>　　　　　Defendants.<br><br>AND RELATED COUNTER CLAIMS, THIRD-PARTY CLAIMS, AND CROSSCLAIMS. | **CASE NO. 2:17-CV-07732-FWS-JPR**<br><br>Hon. Fred W. Slaughter – Courtroom 10D<br><br>**FINAL JUDGMENT PURSUANT TO RULE 54(b) AS TO THIRD-PARTY DEFENDANTS DEBORAH ADKINS MESSENGER AND JERRY LEE HEUER, TRUSTEES OF THE ADKINS FAMILY TRUST, ESTABLISHED APRIL 16, 1991; S.B.L. AUTO, INC.; SBL PROPERTIES, LLC; AND DCH TL HOLDINGS, LLC [942]**<br><br>Complaint Filed: October 23, 2017<br>Trial Date: January 27, 2026 |

　　　The Court having GRANTED the Joint Motion of Third-Party Defendants, Deborah Adkins Messenger and Jerry Lee Heuer, Trustees of The Adkins Family Trust, Established April 16, 1991; S.B.L. Auto, Inc.; SBL Properties, LLC; and DCH TL Holdings, LLC (collectively, "Third-Party Defendants") for Approval of Settlements and Entry of Bar Order and Judgment, and entered an Order thereon (Dkt No. 941 - "Bar Order"), and based on the files and records of the case, and the Court

having determined that there is no just reason for delay, the Bar Order is hereby entered as a final and appealable judgment as to Third-Party Defendants Deborah Adkins Messenger and Jerry Lee Heuer, Trustees of The Adkins Family Trust, Established April 16, 1991; S.B.L. Auto, Inc.; SBL Properties, LLC; and DCH TL Holdings, LLC, pursuant to Federal Rule of Civil Procedure 54(b).

**IT IS SO ORDERED**.

Dated:  June 11, 2025

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE