# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CITY OF TORRANCE,<br><br>      Plaintiff,<br><br>      v.<br><br>HI-SHEAR    CORPORATION,    a Delaware   corporation,   d/b/a   LISI AEROSPACE,<br><br>      Defendant.<br><br>AND RELATED COUNTER-CLAIMS, CROSS-CLAIMS   AND   THIRD-PARTY COMPLAINTS. | Case No. 2:17-CV-07732-FWS-JPR<br><br>**FINAL JUDGMENT PURSUANT TO RULE 54 (b) AS TO THIRD PARTY DEFENDANTS AND INTERVENOR GENERAL INSURANCE COMPANY; SAFECO INSURANCE COMPANY on Behalf of LYMAN E. EDDY COMPANY** |

///

///

///

The Court having **GRANTED** the Joint Motion of Third Party Defendants and Intervenor General Insurance Company; Safeco Insurance Company on Behalf of Lyman E. Eddy Company ("Third Party Defendants") for Approval of Settlement and Entry of Bar Order and Judgment, and entered an Order thereon (Dkt. 1237 ("Bar Order")), and based on the files and records of the case, and the Court having determined that there is no just reason for delay, the Bar Order is entered as a final and appealable judgment as to Third Party Defendants and Intervenor General Insurance Company; Safeco Insurance Company on Behalf of Lyman E. Eddy Company, pursuant to Federal Rule Civil Procedure 54(b).

**IT IS SO ORDERED**.

Dated:  February 25, 2026

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE