# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF TORRANCE,<br><br>        Plaintiff,<br><br>        v.<br><br>HI-SHEAR CORPORATION, a Delaware corporation d/b/a LISI AEROSPACE; MAGELLAN AEROSPACE MIDDLETON INC., an Ohio corporation; ROBINSON HELICOPTER COMPANY, INC., a California corporation; and ESTERLINE TECHNOLOGIES CORPORATION, a Delaware corporation,<br><br>        Defendants.<br><br>AND RELATED COUNTERCLAIMS, CROSS-CLAIMS AND THIRD-PARTY COMPLAINTS. | Case No. 2:17-cv-07732-FWS-JPR<br><br>**FINAL JUDGMENT PURSUANT TO RULE 54(b) AS TO THIRD-PARTY DEFENDANT MCDONALD'S USA, LLC** |

///

///

///

The court having **GRANTED** the Motion of Third-party Defendant McDonald's USA, LLC ("McDonald's" or "Third-Party Defendant") for Approval of Settlement and Entry of Bar Order and Judgment, and entered an Order thereon (Dkt. 1239 ("Bar Order")), and based on the files and records of the case, and the Court having determined that there is no just reason for delay, the Bar Order is hereby entered as a final and appealable judgment as to Third-party Defendant McDonald's USA, LLC, pursuant to Federal Rule of Civil Procedure 54(b).

**IT IS SO ORDERED**.

Dated:  February 25, 2026

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE

1