# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CITY OF TORRANCE,<br><br>Plaintiff,<br><br>v.<br><br>HI-SHEAR CORPORATION, a Delaware corporation, d/b/a LISI AEROSPACE,<br><br>Defendant. | Case No. 2:17-cv-07732-FWS-JPR<br><br>**FINAL JUDGMENT PURSUANT TO RULE 54(b) AS TO THIRD-PARTY DEFENDANT RECREATIONAL VANS, INC.** |
| AND RELATED COUNTER-CLAIMS, CROSS-CLAIMS, AND THIRD-PARTY COMPLAINTS | |

///

///

///

The court, having **GRANTED** the Motion of Third-Party Defendant and Cross-Defendant Recreational Vans, Inc. ("RV1") for Approval of Settlement and Entry of Bar Order and Judgment, and entered an Order thereon (Dkt. 1238 ("Bar Order")), and based upon the files and records of the case, and the Court having determined that there is no just reason for delay, the Bar Order is hereby entered as a final appealable judgment as to RV1 pursuant to Federal Rule of Civil Procedure 54(b).

**IT IS SO ORDERED**.

Dated:  February 25, 2026

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE

-1-