# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

CITY OF TORRANCE,

      Plaintiff,

      v.

HI-SHEAR CORPORATION, a Delaware corporation, d/b/a LISI AEROSPACE,

      Defendant.

AND RELATED COUNTER-CLAIMS, CROSS-CLAIMS, AND THIRD-PARTY COMPLAINTS

Case No. 2:17-cv-07732-FWS-JPR

Hon. Fred W. Slaughter, Dept. 10D

**FINAL JUDGMENT PURSUANT TO RULE 54(b) AS TO THIRD-PARTY DEFENDANT WELLS FARGO BANK NATIONAL ASSOCIATION, trustee of the FRUDENFELD LIVING TRUST**

///

///

///

The court, having **GRANTED** the Motion of Third-Party Defendant, WELLS FARGO BANK NATIONAL ASSOCIATION, trustee of the FRUDENFELD LIVING TRUST (hereinafter, "Wells Fargo") for Approval of Settlement and Entry of Bar Order and Judgment, and entered an Order thereon (Dkt. 1241 ("Bar Order")), and based upon the files and records of the case, and the Court having determined that there is no just reason for delay, the Bar Order is hereby entered as a final appealable judgment as to Third-Party Defendant, Wells, Fargo, pursuant to Federal Rule of Civil Procedure 54(b).

**IT IS SO ORDERED**.

Dated:  February 25, 2026

_____

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE