# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

CITY OF TORRANCE,

Plaintiff,

v.

HI-SHEAR CORPORATION, a Delaware corporation d/b/a LISI AEROSPACE; MAGELLAN AEROSPACE MIDDLETON INC., an Ohio corporation; ROBINSON HELICOPTER COMPANY, INC., a California corporation; and ESTERLINE TECHNOLOGIES CORPORATION, a Delaware corporation,

Defendants.

AND RELATED COUNTERCLAIMS, CROSS-CLAIMS AND THIRD-PARTY COMPLAINTS.

Case No. 2:17-cv-07732-FWS-JPR

**FINAL JUDGMENT PURSUANT TO RULE 54(b) AS TO THIRD-PARTY DEFENDANT SHERIDAN GRAY**

///

///

///

The court having **GRANTED** the Motion of Third Party Defendant and Cross-Defendant SHERIDAN-GRAY, INC. and L&F INDUSTRIES, INC. ("SHERIDAN GRAY") for Approval of Settlement and Entry of Bar Order and Judgment, and entered an Order thereon (Dkt. 1311 ("Bar Order")), and based on the files and records of the case, and the Court having determined that there is no just reason for delay, the Bar Order is hereby entered as a final and appealable judgment as to SHERIDAN GRAY pursuant to Federal Rule of Civil Procedure 54(b).

**IT IS SO ORDERED**.

Dated: March 6, 2026

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE